UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RACHELLE WAKEFIELD, | Case No. 18-CV-1384 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on October 23, 2018 [ECF No. 21],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: October 24, 2018

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge
